UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Robert Mills,

                    Plaintiff,

vs.                                                    Case No.  3:08-cv-287-J-25MCR

Agent David Wilson
Drug Enforcement Administration, in his
individual capacities; Agent Frank Orochena
Drug Enforcement Administration, in his
individual capacities; Agent Tom Slovenkay
Drug Enforcement Administration, in his
individual capacities;  AUSA Julie Savell
United States Attorneys Office, in her individual
capacities; AUSA Ronald Henry
United States Attorneys Office, in his individual
capacities,

                    Defendants.
_____/

## **O R D E R**

     **THIS CAUSE** is before the Court on Plaintiff's Motion to Order U.S. Marshals to

Complete Service of Process (Doc. 32).  Plaintiff asks the Court to order the Marshal to

serve a summons and complaint upon the U.S. Attorney or Attorney General and to

complete the service of process on Defendant, Tom Slovenkay.

     First, as for Plaintiff's request that the Marshal serve a summons and complaint

on the U.S. Attorney or Attorney General, neither are named as Defendants in the case

and therefore, the Court will not direct the Marshal to serve either.  Next, as for

Defendant, Tom Slovenkay, Plaintiff's first attempt at service was unsuccessful as Mr.

-1-

Slovenkay has retired from the Drug Enforcement Agency (the "DEA").  Accordingly, within **THIRTY (30) DAYS** from the date of this Order, the DEA shall notify the Court whether there is a forwarding address for Tom Slovenkay.  If the forwarding address is confidential, the address shall be provided to the Court *in camera* in order for service of process to be completed by the United States Marshall.

The Clerk of the Court shall mail of copy of this Order to Drug Enforcement Administration, Mailstop: AES, 8701 Morrissette Drive, Springfield, VA 22152.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  2nd  day of December, 2008.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party

-2-